[No. 3415.]

NAT KRAMER v. THE STATE.

SCIRE FACIAS — BAIL BOND.— The exhibition of a faro bank is not an offense against the law, unless done for the purpose of gaming. Therefore an appearance bond which describes the offense as "exhibiting a faro bank" is fatally defective.

ERROR from the County Court of Cooke. Tried below before the Hon. J. P. Hall, County Judge.

Appellant's appearance bond was in the penal sum of $100, and the judgment rendered against him and his sureties was for the same amount.

*G. L. Hill,* for the plaintiff in error.

*J. H. Burts,* Assistant Attorney-General, for the State.

HURT, JUDGE. This is a *scire facias* case. The principal in the bond was charged with keeping and exhibiting a faro bank for gaming. The appearance bond described the offense as "exhibiting faro bank," omitting "for the purpose of gaming." Simply to exhibit a faro bank is no offense.

The judgment is reversed and the cause dismissed.

*Reversed and dismissed.*

[Opinion delivered April 15, 1885.]